JS-6

*FILED CLERK, U.S. DISTRICT COURT — AUG 12 2008 — CENTRAL DISTRICT OF CALIFORNIA*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. LYLES, | CASE NO. CV 08-4566 DOC (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Habeas Petition, filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 11, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE